**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| P.S., a minor, by and through her guardian ad litem, IRMA RAMIREZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT, a public entity,<br><br>　　　　　　Defendant. | Case № 2:19-cv-04496-ODW (SSx)<br><br>**JUDGMENT** |

# JUDGMENT

The Court **GRANTED** the parties' Stipulation to dismiss Plaintiff's First and Second claims with prejudice. (ECF No. 28.) The Court also **GRANTED** Plaintiff's Motion for Attorneys' Fees and Costs. (ECF No. 37.) Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiff's First and Second claims are **DISMISSED** with prejudice;
2. Plaintiff shall recover attorneys' fees and costs in the total amount of $211,378.50; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 28, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE